UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| T J WILLIAMS, JR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-04-325 |
| | § | |
| OWNE MURRAY, ET AL. | § | |
| | § | |
| Defendants. | § | |

### ORDER SETTING DEADLINE FOR FILING DISPOSITIVE MOTIONS

Defendants' oral motion to extend the deadline for filing dispositive motions is granted.  The deadline for filing dispositive motions is **Monday, July 25, 2005.**  Responses to dispositive motions are due **Thursday, August 25 2005.**  Plaintiff is reminded that in addition to filing all pleadings with the court, he must send a copy of all of his pleadings to counsel for the defendants, and he must include a certificate of service stating that he did in fact mail a copy of his pleading to counsel for the defendants.

ORDERED this 23rd day of June, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE